IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-02589-PAB-KMT

HALINA HELENA PIETA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    THIS MATTER comes before the Court upon the parties' Stipulated Motion to Voluntarily Dismiss Complaint for Declaratory and Injunctive Relief [Docket No. 7]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the motion to dismiss [Docket No. 7] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED February 2, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge